# Court of Appeals
# of the State of Georgia

ATLANTA,  October 18, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0112. CEDRIC B. JENNINGS v. THE STATE.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

SU14CR0192



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, October 18, 2018*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*